SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson | Case No.: CIV.S 10-cv-02002-LKK-KJN |
| Plaintiff, | **REQUEST RE DISMISSAL OF MARCIA GERWER  AND ORDER** |
| vs. | |
| McKinney and Associates, Inc., et al, | Complaint Filed:  JULY 28, 2010 |
| | **CASE TO REMAIN OPEN WITH REMAINING DEFENDANTS** |
| Defendants | |

_____

**IT IS HEREBY REQUESTED** by Plaintiff, Scott N. Johnson, that Defendant (Marcia Gerwer) be and is hereby dismissed **WITHOUT PREJUDICE** pursuant to FRCP 41 (a)(2). This case is to remain open with remaining Defendants.   Defendant (Marcia Gerwer) is dismissed because Plaintiff is unable to effect service on this Defendant.

Dated: October 14, 2010                    /s/Scott N. Johnson_____
                                                        SCOTT N. JOHNSON
                                                        Attorney for Plaintiff

PLAINTIFF'S REQUEST FOR DISMISSAL and Proposed ORDER
                              CIV: S-10-02002-LKK-KJN

**IT IS SO ORDERED**.

Dated:   October 15, 2010

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

PLAINTIFF'S REQUEST FOR DISMISSAL and Proposed ORDER
CIV: S-10-02002-LKK-KJN