SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL   scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Scott N. Johnson<br><br>          Plaintiff,<br><br>     vs.<br><br>McKinney and Associates, Inc.,<br>et al<br><br>          Defendants | Case No. **2:10-cv-02002-LKK-KJN**<br><br>**ORDER RE: REQUEST FOR DISMISSAL OF EDWIN S.R. MATHEWS; SANDRA L. MATHEWS**<br><br>Case to Remain Open with Remaining Defendants |

IT IS HEREBY ORDERED THAT Defendants Edwin S.R. Mathews and Sandra L. Mathews are hereby dismissed Without Prejudice.  This case is to remain open with remaining Defendants.

Date:   October 22, 2010

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

PROPOSED ORDER RE REQUEST FOR DISMISSAL

CIV: S-10-cv-02002-LKK-KJN - 1